```
                                                    FILED
                                                  APR 28 2015
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 15 CR 0107 GT |
|     Plaintiff, ) | |
| v. ) | ~~[PROPOSED]~~ |
| RAFAEL RAMOS-FLORES, ) | ORDER |
|     Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion requesting the continuance of the motion hearing currently set for May 14, 2015 be continued until Tuesday, July 28, 2015 @ 9:30 a.m.

**SO ORDERED.**

Dated: 4/28/15

_____
**HONORABLE
GORDON THOMPSON, JR**
United States District Judge